ACCEPTED
06-14-00208-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/13/2015 3:10:16 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00208-CR

| | | | |
|---|---|---|---|
| **TONY DEWAYNE CRAYTON** | § | **IN THE** | |
| | § | | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| **v** | § | **6th COURT** | |
| | § | | 8/13/2015 3:10:16 PM |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |

### MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.  The case below was styled the STATE OF TEXAS vs. TONY DEWAYNE CRAYTON and numbered as 1323670.

3.  The Appellant was convicted and sentenced by the judge to 50 years in the penitentiary after a trial before the court.

4.  The Appellee's brief was due on August 12, 2015. Appellee requests an extension time of approximately thirty (30) days from the present date, i.e. August 13, 2015.

6.  No previous extensions to file the brief have been received by Appellee in this cause.

7.  Appellee requests a thirty (30) day extension due to the following:

   **i.** Appellee's attorney was out of state from July 29, 2015 through August 2, 2015;

   **ii**. On August 3, 2015, Appellee's attorney picked a jury in Hopkins County in *State v. Chase Craig Hudson*, Cause Number 1424247. Testimony began on August 10th and lasted through August 12th. The jury found the defendant guilty and sentenced him to 20 years in the penitentiary;

**iii.** Appellee's attorney is currently preparing to try *State of Texas v. Franklin Coy Kuhl, Jr.,* Cause Number 1423952. The jury will be selected on August 31, 2015. Testimony will commence on September 8, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By: //s// Will Ramsay
 Will Ramsay
 8th Judicial District Attorney
 State Bar No. 24039129
 P.O. Box 882
 110 Main Street
 Sulphur Springs, TX 75482
 Ph: (903) 885-0640
 Fax: (903) 885-0641
 wramsay@hopkinscountytx.org
 Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was delivered via email to Martin Braddy, Attorney for Appellant, on August 13, 2015.

 //s//Will Ramsay
 WILL RAMSAY—Attorney for the Appellee